UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LONNIE FRAZIER JR | CASE NO. 3:21-CV-00435 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LOUISIANA STATE POLICE ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, together with the written objections [Doc. No. 8] thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' motion [Doc. No. 3] is **GRANTED** and Plaintiff's claims against the State of Louisiana, Office of the State Police, and State Police Troop F are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Mr. Swift's motion to dismiss for failure to state a claim [Doc. No. 6] is **GRANTED** and all federal claims against Rickey K. Swift are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against Rickey K. Swift, and those claims are also **DISMISSED WITHOUT PREJUDICE**.

Monroe, Louisiana, this 27th day of May, 2021.

_____
Terry A. Doughty
United States District Judge